# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTOPHER A. GILLIARD and<br>JULIA A. GILLIARD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  3:12-CV-236 |
| | ) | Judge Phillips |
| JP MORGAN CHASE BANK, N.A., | ) | |
| WILSON & ASSOCIATES, PLLS, | ) | |
| ANGELA BOYD, | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., | ) | |
| CIT GROUP CONSUMER FINANCE, INC., | ) | |
| US BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss the complaint

by  defendants JP Morgan Chase Bank, N.A.; Wilson & Associates, PLLS; Angela

Boyd, Mortgage Electronic Registration Systems, Inc.; CIT Group Consumer Finance,

Inc.; and US Bank National Association.  The Honorable Thomas W. Phillips, United

States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Christopher A.

Gilliard and Julia A. Gilliard take nothing, that the action be **DISMISSED WITH**

**PREJUDICE** on the merits, and that the defendants recover of the plaintiffs costs of

action.

Dated at Knoxville, Tennessee, this _____ day of December, 2012.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge