UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER A. GILLIARD and JULIA A. GILLIARD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:12-CV-236 ) Judge Phillips |
| JP MORGAN CHASE BANK, N.A., WILSON & ASSOCIATES, PLLS, ANGELA BOYD, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CIT GROUP CONSUMER FINANCE, INC., US BANK NATIONAL ASSOCIATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss the complaint by defendants JP Morgan Chase Bank, N.A.; Wilson & Associates, PLLS; Angela Boyd, Mortgage Electronic Registration Systems, Inc.; CIT Group Consumer Finance, Inc.; and US Bank National Association. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Christopher A. Gilliard and Julia A. Gilliard take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiffs costs of action.

Dated at Knoxville, Tennessee, this ____ day of December, 2012.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge